JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAYA SOUVANNASENG,<br>Petitioner,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>Respondent. | Case No. 5:26-cv-02921-FLA (MAR)<br>**JUDGMENT** |

Pursuant to the Order Denying Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241, the court DENIES Petitioner Saya Souvannaseng's (A# 023-776-729) Petition for Writ of Habeas Corpus (Dkt. 1) and ENTERS Judgment in Respondent's favor.

IT IS SO ORDERED.

Dated: July 15, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge